AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 OCT 21 P 3: 03

DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| ANDREA COCHRAN | ) Case No. 2:24-mj-00208-KFW |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANDREA COCHRAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

False Use of a Passport, in violation of 18 U.S.C. § 1543; and
Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A(a)(1) and 1028A(b).

Date and time issued: 2:36 pm, Jun 21 2024

*Judge's Signature*

City and state: Portland, Maine

Karen Frink Wolf, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/08/24, and the person was arrested on *(date)* 07/08/24
at *(city and state)* PORTLAND, ME.

Date: 07/08/24

*Arresting officer's signature*

SPECIAL AGENT SEAN M SULLIVAN
*Printed name and title*